

**SOTTILE & BARILE**
ATTORNEYS AT LAW

*Corporate Office*
7530 Lucerne Drive, Suite 210
Middleburg Heights, OH 44130
(440) 572-1511

*Southern Ohio Office*
394 Wards Corner Rd., Suite 180
Loveland, OH 45140
(513) 444-4100

*Illinois Office*
1415 West 22nd Street, Tower Floor
Oak Brook, IL 60523
(312) 883-2810

D. Anthony Sottile [1 2 3]
Franco M. Barile [1 4]
Jon Lieberman [1 2 4]
Michael J. Lubes [1 5]
Molly Simons [1 2]
Michelle D. Heinz [1 3]
Mary E. Spitz [5]
Maria Georgopoulos [5]
Susan B. Klineman [1 3]
Ethan Hill [1]

(1)-Ohio, (2)-Kentucky, (3)-Indiana,
(4)-Michigan, (5)-Illinois

www.sottileandbarile.com

January 13, 2020

United States Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722

To whom it may concern:

Please see the enclosed Notice of Creditor Change of Address which is being sent to your office for filing in bankruptcy case 8-17-77820-las.

Should there be any questions, please don't hesitate to contact me at 513-444-4100.  Thank you for your time.

Sincerely yours,

*Betsy A. Nesbella*

Betsy A. Nesbella, Paralegal

Enc.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### CENTRAL ISLIP DIVISION

In Re:                                                Case No. 8-17-77820-las

Videsh Sookhoo
 aka Videsh G. Sookhoo
Debbie Sookhoo                                        Chapter 13
 aka Debbie D. Singh Sookhoo

Debtors.                                              Judge Louis A. Scarcella

---

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                       11-1
Last 4 Digits of Account Number:   3576

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com